454

(No. 74-CC-33—Claimant )

RELIABLE PLUMBING & HEATING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, CAPITAL DEVELOPMENT BOARD, Respondent.

*Opinion filed June 13, 1974.*

RELIABLE PLUMBING & HEATING CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-93—Claimant )

CUNNINGHAM MOVERS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed June 13, 1974.*

BERNARD A. HENNING & ASSOC., Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.